**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Docket No.:  3:98CR00067-003/RV** |
| | ) | |
| **LARRY SAULSBERRY** | ) | |
| | ) | |

---

**ORDER MODIFYING SUPERVISED RELEASE**


        THIS MATTER CAME on to be heard on September 28, 2005; there appearing Assistant United States Attorney Edwin Knight; and the defendant, Larry Saulsberry; appearing in person with appointed counsel, Charles Lammers; and after receiving testimony, the Court did find the defendant in violation of supervised release. The Court orders the defendant's term of supervised release be modified to include the following additional special condition:


"The offender shall reside at the Pensacola Community Corrections Center (halfway house) located at 225 East Brent Lane in Pensacola, Florida 32503, and remain there, except as authorized, for a period of six (6) months. The offender shall be placed in the Corrections Component (most restrictive conditions) of the center, with no furloughs or weekend passes unless authorized by the U.S. Probation Officer. The Offender shall surrender to the center upon designation by the Community Corrections Manager as directed by the probation officer."


DONE AND ORDERED in open Court at Pensacola, Florida this 28 th day of September, 2005.



                                        /s/ *Roger Vinson*
                                        Roger Vinson
                                        Senior United States District Judge



                                        Date Signed: October 3, 2005